UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTCT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW FISHER,

        Plaintiff,        Civil Action No.: 14-13516
                                    Honorable Laurie J. Michelson
v.                                 Magistrate Judge Elizabeth A. Stafford

CAROLYN COLVIN
Acting Commissioner of Social
Security,
        Defendant.
_____/

## ORDER REQUIRING SUPPLEMENTAL BRIEFING

After having reviewed the administrative record in this case along with the parties' briefs, the Court hereby ORDERS supplemental briefing on the issue of the ALJ's failure to consider the medical opinion of Mr. Fisher's treating physician, Dr. Michael Clay, located at R. 9-15, Tr. 1785-86, which limited Mr. Fisher to only part time work beginning in June 2012.  Plaintiff's brief is due **ON OR BEFORE October 12, 2015**.  The Commissioner's brief is due **ON OR BEFORE October 26, 2015**.

**IT IS SO ORDERED.**

Dated: September 28, 2015                s/Elizabeth A. Stafford
Detroit, Michigan                          ELIZABETH A. STAFFORD
                                                  United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 28, 2015.

                                              s/Marlena Williams
                                              MARLENA WILLIAMS
                                              Case Manager